UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 23-49061

RICHARD HARRY CLARK, *pro se*,                              Chapter 7

             Debtor.                                        Judge Thomas J. Tucker

_____/

## ORDER DENYING, AS MOOT, THE DEBTOR'S MOTION TO INCUR DEBT FOR TRANSCRIPTS FOR COURT OF APPEALS, AND CANCELLING THE SEPTEMBER 26, 2024 HEARING

On July 8, 2024, while this Chapter 7 case was still in Chapter 13, the Debtor filed a

motion entitled "Debtor's Motion to Incur Debt for Transcripts for Court of Appeals" (Docket

# 100, the "Motion"). The Motion seeks authority to incur debt and to "start a Go Fund Me page

to raise the necessary funds" to pay for numerous state court trial transcripts to be filed in two

Michigan Court of Appeals cases. (Mot. at ¶¶ 3, 8.) On July 22, 2024, creditor Jillian Clark filed

a response objecting to the Motion (Docket # 106). On August 27, 2024, the Court entered an

Order that denied the Motion to the extent it sought authority to incur debt, and ordered further

proceedings regarding the remainder of the Motion. (Docket # 124).

On August 29, 2024, the Debtor voluntarily converted this case to Chapter 7 (Docket

# 125). The conversion of this case to Chapter 7 moots the unresolved part of the Motion. This

is so because there is no apparent reason why the Debtor needs authority from this Court to seek

to raise funds by establishing a GoFundMe account. Going forward in this Chapter 7 case, funds

raised by a GoFundMe effort by the Debtor will not be property of the bankruptcy estate, as they

may have been if this case had remained in Chapter 13.

Accordingly,

IT IS ORDERED that:

1. The Motion (Docket # 100) is denied, as moot.

2. The telephonic hearing on the Motion that is currently scheduled for September 26, 2024 at 9:00 a.m. is cancelled.

**Signed on September 6, 2024**



/s/ **Thomas J. Tucker**
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**